# RICHARD M. SQUIRE & ASSOCIATES, LLC
## *ATTORNEYS AT LAW*

Richard M. Squire *
Robert M. Kline
Bradley J. Osborne
\* Also Admitted in MD

One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA  19046
Tel.: (215) 886-8790     Fax: (215) 886-8791
www.squirelaw.com

October 3, 2016

<u>VIA REGULAR MAIL AND TELECOPY TO: MICHAEL A. LATZES (215-545-0668)</u>

*<u>VIA REGULAR MAIL AND CERTIFIED MAIL, RRR</u>*

    **RE:**  **NOTICE OF DEFAULT**
          Debtor(s): Dean J. Fisher and Christine T. Fisher
          Our Client: LSF9 Master Participation Trust
          Property: 2829 Colmar Avenue, Bensalem, PA 19020
          Bankruptcy Case #: 12-18762-elf

Dear Sir/Madam:

      As you may recall, this office represents LSF9 Master Participation Trust, relative to the above-referenced bankruptcy proceeding.

      It has been called to my attention that the Debtor has failed to make certain payments as due under the parties' Stipulation, which was approved by the U.S. Bankruptcy Court on . In particular, the Debtor(s) has failed to make the June 1, 2015 through September 1, 2016 regular monthly mortgage payment of $1,271.82: NOD Fee $50.00 Suspense: $1,097.77. This amount totals $19,301.35.

      It is hereby requested that the Debtor(s) immediately forward the sum of 19,301.35 to our client.

      If the Debtor(s) fail to cure the aforesaid default within ten (10) days from the date of this letter, we will have no alternative but to certify default to the Court and request the entry of an Order granting relief from the automatic stay.

Thank you for your attention to this matter.

Very truly yours,

Robert M. Kline
Ext. 12
Rkline@squirelaw.com

```
TRANSACTION REPORT
                                                    OCT/03/2016/MON 11:04 AM

FAX(TX)
 #   | DATE   | START T.  | RECEIVER     | COM.TIME | PAGE | TYPE/NOTE       | FILE
 001 | OCT/03 | 11:03AM   | 12155450668  | 0:01:02  |  2   | MEMORY    OK    | SG3 0548
```

# RICHARD M. SQUIRE & ASSOCIATES, LLC
### *ATTORNEYS AT LAW*

Richard M. Squire *
Robert M. Kline
Bradley J. Osborne
* Also Admitted in MD

One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046
Tel.: (215) 886-8790     Fax: (215) 886-8791
www.squirelaw.com

October 3, 2016

<u>VIA REGULAR MAIL AND TELECOPY TO: MICHAEL A. LATZES (215-545-0668)</u>

*<u>VIA REGULAR MAIL AND CERTIFIED MAIL, RRR</u>*

    RE:    **NOTICE OF DEFAULT**
            Debtor(s): Dean J. Fisher and Christine T. Fisher
            Our Client: LSF9 Master Participation Trust
            Property: 2829 Colmar Avenue, Bensalem, PA 19020
            Bankruptcy Case #: 12-18762-elf

Dear Sir/Madam:

    As you may recall, this office represents LSF9 Master Participation Trust, relative to the above-referenced bankruptcy proceeding.

    It has been called to my attention that the Debtor has failed to make certain payments as due under the parties' Stipulation, which was approved by the U.S. Bankruptcy Court on . In particular, the Debtor(s) has failed to make the June 1, 2015 through September 1, 2016 regular monthly mortgage payment of $1,271.82: NOD Fee $50.00 Suspense: $1,097.77. This amount totals $19,301.35.

    It is hereby requested that the Debtor(s) immediately forward the sum of 19,301.35 to our client.

    If the Debtor(s) fail to cure the aforesaid default within ten (10) days from the date of this letter, we will have no alternative but to certify default to the Court and request the entry of an Order granting relief from the automatic stay.

# PS Form 3877

**NAME AND ADDRESS OF SENDER**
Richard M. Squire & Associates
115 West Avenue, Suite 104
Jenkintown, PA 19046    JD

**INDICATE TYPE OF MAIL**
☐ Registered Mail
☐ Insured
☐ COD
☐ Certified Mail
☐ Express Mail

**CHECK APPROPRIATE BLOCK FOR Registered Mail:**
☐ With Postal Insurance
☐ Without Postal Insurance

**POSTMARK AND DATE OF RECEIPT**

| Line | Number of Article | Name of Addressee, Street, and Post-Office Address | Postage | Fee | Handling Charge | Act. Value (If Regis.) | Insured Value | Due Sender If C.O.D. | R.R. Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAL-1668AOD-13 | Dean J. Fisher / Christine T. Fisher / 730 Michener Ct. / Warminster, PA 18974 | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |

Total Number of Pieces Listed by Sender: **1**
Total Number of Pieces Received at Post Office

---

**USPS Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

**TO:** Christine T. Fisher / Dean J. Fisher / 730 Michener Ct / Warminster, PA 18974

**SENDER:**

**REFERENCE:** CAL-1668AOD-13

9314 8699 0430 0027 0827 24

PS Form 3800, January 2005

| | | |
|---|---|---|
| Postage | 0.465 | |
| Certified Fee | 3.30 | POSTMARK OR DATE |
| Return Receipt Fee | 1.35 | |
| Restricted Delivery | 0.00 | |
| Total Postage & Fees | $ 5.115 | |

FOR REGISTERED, INSURED, C.O.D., CERTIFIED, AND EXPRESS MAIL

Pitney Bowes $001.35⁰ 02 1P MAILED FROM ZIP CODE 19046 FEB 03 2016