**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Dean J. Fisher<br>and Christine T. Fisher<br>         Debtor(s) | : Chapter 13<br>: Bankruptcy No.12-18762<br>:<br>: 11 U.S.C. § 362 |

LSF9 Master Participation Trust
                                        Movant
                    vs.
Dean J. Fisher
and Christine T. Fisher
                                        Debtor(s)
                    and
 William C. Miller, Esquire
                                        Trustee
                              RESPONDENTS

**ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362**

AND NOW, this _____ day of _____, 20____, upon Certification of Default under the parties' prior Stipulation; it is hereby

**ORDERED** that the Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is vacated with respect to the mortgaged premises situated at: 2829 Colmar Avenue Bensalem, PA 19020, ("Property") as to allow Movant to exercise its *in rem* rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

Date:  1/26/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**