United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dean J. Fisher
Christine T. Fisher
        Debtors

Case No. 12-18762-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jan 27, 2017
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2017.
db/jdb       +Dean J. Fisher,    Christine T. Fisher,    730 Michener Ct.,    Warminster, PA 18974-2063
cr            LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:
        ANDREW SPIVACK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
        ANN E. SWARTZ    on behalf of Creditor    Green Tree Servicing, LLC ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Green Tree Servicing, LLC ecfmail@mwc-law.com
        JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLP
          paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING
          LLP paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GMAC MORTGAGE CORPORATION bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    Green Tree Servicing, LLC paeb@fedphe.com
        MICHAEL A. LATZES    on behalf of Debtor Dean J. Fisher efiling@mlatzes-law.com
        MICHAEL A. LATZES    on behalf of Joint Debtor Christine T. Fisher efiling@mlatzes-law.com
        ROBERT MICHAEL KLINE    on behalf of Creditor    LSF9 Master Participation Trust
          Pacer@squirelaw.com,    rmklinelaw@aol.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                       TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   Dean J. Fisher  : Chapter 13
and Christine T. Fisher  : Bankruptcy No.12-18762
Debtor(s)  :
_____  : 11 U.S.C. § 362

LSF9 Master Participation Trust
                    Movant
            vs.
Dean J. Fisher
and Christine T. Fisher
                    Debtor(s)
            and
William C. Miller, Esquire
                    Trustee
            RESPONDENTS

**ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362**

AND NOW, this _____ day of _____, 20____, upon Certification of Default under the parties' prior Stipulation; it is hereby

**ORDERED** that the Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is vacated with respect to the mortgaged premises situated at: 2829 Colmar Avenue Bensalem, PA 19020, ("Property") as to allow Movant to exercise its *in rem* rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

Date:  1/26/17

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**