Certificate Number: 01401-PAE-DE-029350647

Bankruptcy Case Number: 12-18762



01401-PAE-DE-029350647

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2017, at 9:20 o'clock PM EDT, Christine T Fisher completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 1, 2017

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager