United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 12-18762-elf
Dean J. Fisher                                                              Chapter 13
Christine T. Fisher
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 2              Date Rcvd: Oct 17, 2017
                             Form ID: 138NEW          Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
```
db/jdb      +Dean J. Fisher,   Christine T. Fisher,   730 Michener Ct.,  Warminster, PA 18974-2063
cr           LSF9 Master Participation Trust,   13801 Wireless Way,   Oklahoma City, OK  73134-2500
12858818    +American Express,   P.O. BOX 981537,   Attn: Bankruptcy Dept.,   El Paso, TX 79998-1537
12974684     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,  Malvern, PA 19355-0701
12863791    +Andrew F. Gornall, Esquire,   Joshua I. Goldman, Esquire,   KML Law Group, P.C.,
             701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
12858819    +Barbara Fisher,   2829 Colmar Ave.,   Bensalem, PA 19020-2618
12858821    +CBUSA/Sears,   701 E. 60th Street,   P.O. BOX 6241,   Attn: Bankruptcy Dept.,
             Sioux Falls, SD 57117-6241
12858820    +Capital One,   P.O. BOX 30281,   Attn: Bankruptcy Dept.,   Salt Lake City, UT 84130-0281
12893256     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
12944333     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,  Malvern, PA 19355-0701
12858822    +Chase Bank USA,   P.O. BOX 15298,   Attn: Bankruptcy Dept.,  Wilmington, DE 19850-5298
12858823    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   P.O. BOX 6403,   Attn: Bankruptcy Dept.,
             Carol Stream, IL 60197-6403)
12866669     FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,  Greensboro, NC 27410
12858825    +Franklin Fisher,   2829 Colmar Ave.,   Bensalem, PA 19020-2618
12915937    +GMAC MORTGAGE, LLC,   c/o JOSEPH PATRICK SCHALK,   Phelan Hallinan & Schmieg, LLP,
             1617 JOHN F. KENNEDY BLVD. , SUITE 1400,   PHILADELPHIA, PA 19103-1814
13653530    +LSF9 Master Participation Trust,   P.O. Box 24330,   Oklahoma City, OK 73124-0330
12858831     Lending Club Corp.,   470 Convention Way,   Attn: Bankruptcy Dept.,  Redwood City, CA 94063
12911330     Main Street Acquisition Corp., assignee,   of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
             POB 3001,  Malvern, PA 19355-0701
12993137    +Ocwen Loan Servicing, LLC.,   Attention: Bankruptcy Department,   1100 Virginia Drive,
             Fort Washington, PA 19034-3276
12858833    +Sunoco/Citibank,   P.O. BOX 6497,   Attn: Bankruptcy Dept.,   Sioux Falls, SD 57117-6497
12948551    +The Bank of New York Mellon Trust Company, et al,   GMAC Mortgage, LLC,
             Attn: Payment Processing,   3451 Hammond Avenue,   Waterloo, IA 50702-5300
12858835     The Home Depot,   P.O. BOX 6497,   Attn: Bankruptcy Dept.,   Sioux Falls, SD 57117-6497
12858836     VNB Loan Services,   P.O. BOX 953,   Wayne, NJ 07474-0953
12892462    +VNB Loan Services Inc.,   subsidiary of Valley National Bank,
             747 Chestnut Ridge Road, ste 201,   Chestnut Ridge NY 10977-6225
12858837    +WFNNB/Ann Taylor,   P.O. BOX 182789,   Attn: Bankruptcy Dept.,   Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Oct 18 2017 01:41:58   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2017 01:41:17
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2017 01:41:52   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12858817     E-mail/Text: ally@ebn.phinsolutions.com Oct 18 2017 01:40:59   Ally Financial,   P.O. BOX 951,
             Horsham, PA 19044-0951
12886087     E-mail/Text: ally@ebn.phinsolutions.com Oct 18 2017 01:40:59   Ally Financial,
             c/o Ally Servicing LLC.,   P.O. Box 130424,   Roseville, MN 55113-0004
12933495    +E-mail/Text: bncmail@w-legal.com Oct 18 2017 01:41:51   Azurea I, LLC,
             c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12858826    +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 01:35:22   GE/Capital Lowes,
             P.O. BOX 965005,   Attn: Bankruptcy Dept.,   Orlando, FL 32896-5005
12858827    +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 01:35:21   GEMB/GAPDC,   P.O. BOX 965005,
             Attn: Bankruptcy Dept.,   Orlando, FL 32896-5005
12858828    +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 01:35:47   GEMB/Modells,   P.O. BOX 965005,
             Attn: Bankruptcy Dept.,   Orlando, FL 32896-5005
12858829     E-mail/Text: ally@ebn.phinsolutions.com Oct 18 2017 01:40:59   GMAC Mortgage,
             1100 Virginia Drive,   Fort Washington, PA 19034-3277
12858830    +E-mail/Text: bnckohlnotices@becket-lee.com Oct 18 2017 01:41:02   Kohl's,   P.O. BOX 3115,
             Attn: Bankruptcy Dept.,   Milwaukee, WI 53201-3115
12948837     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:45:16
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
12882146     E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2017 01:41:11
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
12858832    +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 01:35:21   Sleepy's/GEMB,   P.O. BOX 981439,
             Attn: Bankruptcy Dept.,   El Paso, TX 79998-1439
12858834    +E-mail/Text: bankruptcy@td.com Oct 18 2017 01:41:35   TD Bank,   32 Chestnut Street,
             Attn: Bankruptcy Dept.,   Lewiston, ME 04240-7799
12993260     E-mail/Text: bankruptcy@td.com Oct 18 2017 01:41:35   TD Bank N.A.,   Attn: Bankruptcy Dept.,
             ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
                                                                                                TOTAL: 16
```

```
District/off: 0313-2          User: DonnaR          Page 2 of 2          Date Rcvd: Oct 17, 2017
                              Form ID: 138NEW       Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Azurea I, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
              Seattle, WA 98121-3132
12944334*    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12873902*   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
              PO Box 10390,   Greenville, SC 29603-0390)
12858824    ##+FIA Card Services,   P.O. BOX 17054,   Attn: Bankruptcy Dept.,   Wilmington, DE 19850-7054
                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              ANDREW  SPIVACK   on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com
              ANN E. SWARTZ   on behalf of Creditor   Green Tree Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN   on behalf of Creditor   Green Tree Servicing, LLC ecfmail@mwc-law.com
              JEROME B. BLANK   on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK   on behalf of Creditor   DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLP
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE   on behalf of Creditor   DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING
               LLP paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   GMAC MORTGAGE CORPORATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON   on behalf of Creditor   Green Tree Servicing, LLC paeb@fedphe.com
              MARIO J. HANYON   on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              MICHAEL A. LATZES   on behalf of Joint Debtor Christine T. Fisher efiling@mlatzes-law.com
              MICHAEL A. LATZES   on behalf of Debtor Dean J. Fisher efiling@mlatzes-law.com
              ROBERT MICHAEL KLINE   on behalf of Creditor   LSF9 Master Participation Trust
               Pacer@squirelaw.com,  rmklinelaw@aol.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                   TOTAL: 14

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Dean J. Fisher and Christine T. Fisher

                Debtor(s)                                  Bankruptcy No: 12−18762−elf

                                                       Chapter: 13

_____

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 10/17/17