United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-18762-elf
Dean J. Fisher                                                            Chapter 13
Christine T. Fisher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR               Page 1 of 1              Date Rcvd: Nov 27, 2017
                              Form ID: 195               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db/jdb        +Dean J. Fisher,   Christine T. Fisher,   730 Michener Ct.,   Warminster, PA 18974-2063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
              ANN E. SWARTZ     on behalf of Creditor    Green Tree Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Green Tree Servicing, LLC ecfmail@mwc-law.com
              JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLP
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING
               LLP paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    GMAC MORTGAGE CORPORATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Green Tree Servicing, LLC paeb@fedphe.com
              MICHAEL A. LATZES    on behalf of Debtor Dean J. Fisher efiling@mlatzes-law.com
              MICHAEL A. LATZES    on behalf of Joint Debtor Christine T. Fisher efiling@mlatzes-law.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    LSF9 Master Participation Trust
               Pacer@squirelaw.com,   rmklinelaw@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Dean J. Fisher and Christine T. Fisher                          : Case No. 12−18762−elf

      Debtor(s)

### ORDER
_____

    AND NOW, this day , November 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                             By The Court

                                             Eric L. Frank
                                             Chief Judge , United States Bankruptcy Court